# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | DAVID PAUL & COLLETTE NICOLE PELCIC |
| **Case Number:** | 2:15-BK-06323-PS    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 24, 2015 01:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | PAUL SALA |
| **Courtroom Clerk:** | ANNETTE AGUILAR |
| **Reporter / ECR:** | KAYLA COLASONT |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY & DEMAND FOR ADEQUATE PROTECTION FILED BY PENSCO TRUST COMPANY FBO ALAN K. MEYERS IRA AND WENDANN PROPERTIES LLC.

**R / M #:**   55 / 0

## *Appearances:*

ADAM E. HAUF, ATTORNEY FOR DAVID PAUL PELCIC, COLLETTE NICOLE PELCIC
DAVID L. KNAPPER, ATTORNEY FOR MOVANT

*Proceedings:*

Mr. Knapper argues his position to lift the stay. He suggests debtors have four months to either sell or refinance the property and set a status hearing in 30 to 45 days.

Mr. Hauf respectfully states his position. He believes debtors can make monthly payments based off their income. He notes debtors have caught up on post petition delinquencies.

Mr. Knapper confirms this.

Mr. Hauf continues to state his position. He states the property has equity and therefore, there is no need for adequate protection payments. He proposes debtor continue to make regular monthly payments, seek financing to pay off the creditor and file a plan. He further would like to refinance the property noting the debtors are not interested in selling the property.

Mr. Knapper notes a hearing on his objections is set for October 14, 2015. He asks that debtor file something prior to this hearing regarding equal monthly payments.

The Court states its suggestion and ensues discussion with Mr. Knapper. Mr. Knapper suggests debtor file an amended plan by October 14, 2015 and set the hearing on his objection two to three weeks thereafter.

Mr. Hauf does not believe filing an amended plan by October 14 will be an issue but notes debtors have to file amended tax returns and may need to amend the plan yet again.

**COURT: IT IS ORDERED DEBTOR CONTINUE TO TIMELY MAKE POST PETITION PAYMENT OBLIGATIONS AT THE NORMAL CONTRACT AMOUNT TO MR. KNAPPER'S CLIENT.**

**IT IS FURTHER ORDERED DEBTOR FILE AN AMENDED PLAN OF REORGANIZATION NO LATER THAN OCTOBER 31, 2015. IT IS FURTHER ORDERED DEBTOR ALSO FILE A BRIEF IN RESPONSE TO THE PENDING OBJECTION THAT ADDRESSES THE § 1325 ISSUES NO LATER THAN OCTOBER 31, 2015. MR. KNAPPER IS TO FILE A REPLY ON OR BEFORE NOVEMBER 6, 2015.**

**IT IS FURTHER ORDERED SETTING ORAL ARGUMENT FOR NOVEMBER 12, 2015 AT 2:30 PM REGARDING THE IMPACT OF § 1325 ON DEBTOR'S ABILITY TO CONTINUE TO MAKE NORMAL MONTHLY PAYMENTS ON A LOAN THAT MATURES WITH A BALLOON DURING THE LIFE OF A FIVE YEAR PLAN.**

**IT IS FURTHER ORDERED VACATING THE HEARING SET FOR OCTOBER 14, 2015 AT**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)... 2:15-BK-06323-PS       THURSDAY, SEPTEMBER 24, 2015 01:30 PM

**11:00 AM.**

**IT IS FURTHER ORDERED CONTINUING THIS MATTER TO NOVEMBER 12, 2015 AT 2:30 PM.**