Thomas H. Allen, State Bar #11160
Katherine Anderson Sanchez, State Bar #30051
**ALLEN MAGUIRE & BARNES, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: tallen@ambazlaw.com
ksanchez@ambazlaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| DAVID PAUL PELCIC and COLLETTE NICOLE PELCIC,<br><br>Debtors. | Case No. 2:15-bk-06323-DPC<br><br>**MOTION FOR EXPEDITED HEARING ON MOTION TO CONVERT TO A CHAPTER 11 CASE** |

David Paul Pelcic and Collette Nicole Pelcic ("Debtors"), by and through undersigned counsel, hereby request an Order setting an expedited hearing on the *Motion to Convert to a Chapter 11 Case* [Dkt 102]. This Motion is supported by the following:

1. The Debtors, while represented by previous counsel, filed a Chapter 13 Petition on May 21, 2015 ("Petition Date").

2. The Debtors' case was dismissed on June 17, 2015 for their failure to respond to the Trustee's Recommendations.

3. The case was reinstated on July 1, 2015.

4. The Debtors' case was again dismissed on July 27, 2015 for their failure to respond to the Trustee's Recommendations.

5. The case was reinstated on August 6, 2015.

6. The Debtors' case was dismissed a third time on October 23, 2015 for their failure to respond to the Trustee's Recommendations.

7. After the October 23, 2015 dismissal, the Debtors hired Allen Maguire & Barnes, PLC to represent them in this case.

///

8. On December 22, 2015, undersigned counsel filed the *Motion to Reinstate Case* [Dkt 83] and the *Motion for Substitution as Counsel for the Debtors and for Termination of Hauf Law, PLC and Adam E. Hauf* [Dkt 84].

9. After the Debtors resolved the Trustee's objections to the reinstatement, the case was reinstated by Order of this Court on January 13, 2016 [Dkt 98] ("Reinstatement Order").

10. Pursuant to the Reinstatement Order, the Debtors are required to file an Amended Chapter 13 Plan no later than February 4, 2016.

11. On the advice of counsel, the Debtors determined that it is in their best interest and the best interest of the creditors of the estate to convert the case to a Chapter 11 proceeding.

12. The *Motion to Convert to a Chapter 11 Case* [Dkt 102] ("Motion to Convert") was filed on January 14, 2016.

13. The Court set a hearing on the Motion to Convert for February 16. 2016.

14. This case has been pending for 7 months with very little progress. The Debtors' efforts will be best spent moving the case forward as a Chapter 11 proceeding.

15. In order to keep the Chapter 13 case in good standing until the conversion, the Debtors must continue to make monthly plan payments and file an Amended Plan by February 4. 2016. If the case is ultimately converted to a Chapter 11 as the Debtors requested, any time and expense incurred to draft, file and serve an Amended Chapter 13 Plan and to work with the Chapter 13 Trustee toward confirmation will result in an unnecessary increase in administrative expenses.

16. Debtors are working with Pensco Trust Company FBO Alan K. Meyers IRA and Wendann Properties, LLC, a Delaware limited liability company ("Secured Creditor") to resolve its claim. Debtors believe they will be more successful at resolving Secured Creditor's claim and the claims of the Internal Revenue Service in a Chapter 11.

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the Debtors respectfully request that the Court set an expedited hearing on the Motion to Convert prior to February 1, 2016.

DATED: January 19, 2016

**ALLEN MAGUIRE & BARNES, PLC**

*/s/ KAS 30051*
Thomas H. Allen
Katherine Anderson Sanchez
1850 N. Central Ave. Suite 1150
Phoenix, Arizona 85004
*Attorneys for Debtors*

**E-FILED** on January 19, 2016 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

**COPY** mailed the same date via U.S. Mail to:

Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

Edward J. Maney
101 N. First Ave., Suite 1775
Phoenix, AZ 85003
*Chapter 13 Trustee*

David Knapper
LAW OFFICES OF DAVID L. KNAPPER
1599 E. Orangewood Ave., Ste. 125
Phoenix, AZ 85020
*Attorneys for Pensco Trust Company*
*fbo Alan K. Meyers IRA & Wendann Properties LLC*

*/s/ Sherry Gomez*

3